# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | CR 19-1439 WJ | UNITED STATES vs. LOOKMAN | |
| Hearing Date: | 5/24/2019 | Time In and Out: | 9:34-9:41 (5 minutes) |
| Clerk: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Turab Lookman | Defendant's Counsel: | Stephen McCue (for Initial Appearance only) |
| AUSA: | George Kraehe | Pretrial/Probation: | Sandra Day |
| Interpreter: | N/A | | |

## Initial Appearance

- ☐ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wishes to retain counsel
- ☒ Government moves to detain     ☐ Government does not recommend detention
- ☒ Set for Arraignment/Detention Hearing    on May 28, 2019    @ 9:30

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant detained pending hearing
- ☐ Conditions

## Other

- ☐ Matter referred to     for final revocation hearing
- ☐