AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO
2019 MAY 23 AM 8: 22

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TURAB LOOKMAN, | ) | Case No. 19-1439 WJ |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TURAB LOOKMAN                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-3: 18 U.S.C. § 1001(a)(2): False Statement.

Date:   05/22/2019

*Issuing officer's signature*

City and state:   Albuquerque, NM

Mitch Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 05/22/2019 , and the person was arrested on *(date)* 05/23/2019
at *(city and state)* Santa Fe, NM .

Date:   5/24/2019

*Arresting officer's signature*

Maryanna Manchee Special Agent
*Printed name and title*