UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                       No. 1:19-CR-01439-WJ

TURAB LOOKMAN,

      Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

THIS MATTER comes before the Court on the Unopposed Motion to Modify Conditions of Release of Defendant. The Court, noting lack of opposition of the United States, FINDS that the Motion is well-taken and should be granted. Accordingly,

IT IS HEREBY ORDERED that the Defendant's Unopposed Motion to Modify Conditions of Release is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Order Setting Conditions of Release dated May 29, 2019, is hereby amended and modified as follows:

1. Condition No. 7(o) indicating Mr. Lookman is to participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer is hereby withdrawn; and

2. Condition No. 7(g) prohibiting contact with representatives of a foreign government/company is hereby amended to permit Dr. Lookman to have limited contact with Canadian governmental and business representatives only to the extent necessary to access governmental and/or retirement benefits and/or accounts.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all other conditions of release as set forth in the May 29, 2019, Order Setting Conditions of Release shall remain in full effect.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT COURT JUDGE