UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                No. 1:19-CR-01439-WJ

TURAB LOOKMAN,

      Defendant.

**ORDER GRANTING SECOND UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE**

THIS MATTER having come before the Court on the Second Unopposed Motion to Modify Conditions of Release of Defendant Turab Lookman; the Court having noted the Motion in Unopposed and having otherwise been fully informed therein; the Court having determined the Motion is well-taken and should be granted:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Second Unopposed Motion to Modify/Amend Conditions of Release is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Order Setting Conditions of Release dated May 29, 2019, is hereby amended and modified as follows:

1. Condition No. 7(g) prohibiting contact with representatives of a foreign government/company is hereby amended to permit Dr. Lookman to have limited contact with Citibank and business representatives only to the extent necessary to access the limited existing Indian bank account and arrange for an alternative account structure to avoid mounting fees the account is presently incurring.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all other conditions of release as set forth in the May 29, 2019, Order Setting Conditions of Release shall remain in full effect.

_____
HON. WILLIAM P. JOHNSON
UNITED STATES DISTRICT COURT JUDGE